IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NAJEE RICHARD,

    Plaintiff,

v.

TAMI SCHULT and SABRINA,

    Defendants.

ORDER

Case No. 23-cv-680-jdp

Plaintiff Najee Richard, a prisoner in the custody of the Wisconsin Department of Corrections, has filed a proposed civil complaint. Plaintiff is a prisoner and, therefore, subject to the 1996 Prisoner Litigation Reform Act. Plaintiff has requested leave to proceed without prepayment of the filing fee, and submitted a trust account statement from April 29, 2023 to May 19, 2023 to support this request. This statement is insufficient to determine whether plaintiff qualifies for indigent status because plaintiff has not submitted a *certified* copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than October 24, 2023. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Najee Richard may have until October 24, 2023 to submit a certified trust fund account statement for the period beginning approximately April 2, 2023 and ending approximately October 2, 2023.  If, by October 24, 2023, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 3rd day of October, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge